IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VS. | NO. 5: 07-MJ-06-01 (CWH) |
| HATTIE JEAN MADISON, | **Violation of Conditions of Supervised Release**<br>**NO. 3:96-CR-99-002 — N. D. FLORIDA** |
| Supervised Releasee | |

## ORDER OF TEMPORARY DETENTION AND REMOVAL

**TO: UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF GEORGIA**

A warrant having been issued in the NORTHERN DISTRICT OF FLORIDA charging **HATTIE JEAN MADISON** with violation of the terms of her sentence of supervised release entered in that district on March 18, 1997, and said supervised releasee having been arrested in the Middle District of Georgia;

At an appearance this day before Claude W. Hicks, Jr., United States Magistrate Judge for the Middle District of Georgia, said supervised releasee was advised of allegations pending against her in the NORTHERN DISTRICT OF FLORIDA and of her legal and constitutional rights. She was represented by Mr. Lester Miller of the Macon Bar by appointment of the court. Proper documentation was presented to the court and provided to the supervised releasee and counsel. The supervised releasee ADMITTED HER IDENTITY; therefore, removal to the district of prosecution is appropriate.

The government requests detention in this case. Based upon information provided to the court, the undersigned finds release from custody to be inappropriate at this time. The supervised releasee is 48 years of age and has a criminal arrest record going back to 1977. Her involvement in criminal activity is continuous since that time; she has convictions on numerous theft/fraud related charges, as well as prior convictions on drug related charges. She has exhibited a propensity to commit crime and poses not only a serious risk of flight, but also a danger to the community were she to be released from custody at this time.

Accordingly, YOU ARE HEREBY COMMANDED to **TEMPORARILY DETAIN** the said

**HATTIE JEAN MADISON** and to **REMOVE** her <u>forthwith</u> to the NORTHERN DISTRICT OF

FLORIDA and there deliver her to the United States Marshal for that District or to such other officer

authorized to receive her.

SO ORDERED, this 4th day of JUNE, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE

---

## RETURN

_____District of_____

Received the within warrant of removal on the_____day of_____,

2007, and executed same.

_____
DEPUTY U. S. MARSHAL